EMMA A. HOFFMAN, Respondent, v. LOTTIE E. HOFFMAN and Another, Individually and as Executrices and Trustees, etc., and CARRIE

BLAKELY, Appellants, and Others, Defendants.—Orders severally affirmed, with ten dollars costs and disbursements (one bill of costs) to plaintiff, respondent. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ., concurred.

In the Matter of Supplementary Proceedings: CHARLES BELOW, Respondent, v. WILLIAM HUTTENLOCHER, Appellant.— Order of the County Court of Queens county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

In the Matter of the Election of the Trustees of the SHILOH BAPTIST CHURCH. Petition of HENRY SCOTT and Others.—Order affirmed, with ten dollars costs and disbursements. New election ordered to be held July 11, 1916, at nine P. M. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Rich, JJ., concurred.